FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Dec 16, 2020

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| BRANDON KEITH HUTCHINSON, <br><br> Petitioner, <br><br> v. <br><br> JEFFREY A. UTTECHT, <br><br> Respondent. | No. 2:20-cv-00299-SMJ <br><br> **ORDER GRANTING MOTION TO DISMISS WITHOUT PREJUDICE** |

Before the Court, without oral argument, is Petitioner Brandon Keith Hutchinson's Motion to Dismiss Without Prejudice, ECF No. 8. Petitioner, currently housed at Coyote Ridge Corrections Center, is proceeding *pro se* and the $5.00 filing fee has been paid. Respondent has not been served.

On September 18, 2020, the Court directed Petitioner to amend his habeas corpus petition as it failed to clearly present the grounds for federal habeas relief, failed to show how each apparent claim for relief has been presented to the highest state court, and failed to show that the petition is not time-barred. ECF No. 5 at 2–8.

In his instant Motion, Petitioner states that he moves to dismiss this action without prejudice, "so legal counsel can effectively represent [his] contentions to

ORDER GRANTING MOTION TO DISMISS WITHOUT PREJUDICE – 1

the Court if deemed to have merit." ECF No. 8. Petitioner should be mindful of the one year period of limitations set forth in 28 U.S.C. § 2244(d). Failure to timely file a federal habeas petition would be cause for dismissal. Petitioner is advised that the one year limitations period is not statutorily tolled during the pendency of a federal habeas petition, *see Duncan v. Walker*, 533 U.S. 167 (2001), and has continued to run while the present petition has been before this Court, unless Petitioner also had properly filed postconviction proceedings pending in the state courts. *See* 28 U.S.C. § 2244(d)(2); *see also Artuz v. Bennett,* 531 U.S. 4, 5 (2000).

Accordingly, **IT IS ORDERED**:

1. Petitioner's Motion to Dismiss Without Prejudice, **ECF No. 8**, is **GRANTED** pursuant to Federal Rule of Civil Procedure 41(a).

2. The Petition, ECF No. 1, is **DISMISSED WITHOUT PREJUDICE**.

3. The Clerk's Office is **DIRECTED** to enter **JUDGMENT** of dismissal without prejudice.

4. The Clerk's Office is **DIRECTED** to **CLOSE** the file.

//
//
//
//
//

ORDER GRANTING MOTION TO DISMISS WITHOUT PREJUDICE – 2

**5.** The Court certifies that there is no basis upon which to issue a certificate of appealability. *See* 28 U.S.C. § 2253(c); Fed. R. App. P. 22(b). A certificate of appealability is therefore **DENIED**.

**IT IS SO ORDERED**. The Clerk of Court is directed to enter this Order and provide a copy to *pro se* Petitioner.

**DATED** this 16th day of December 2020.

_____
SALVADOR MENDOZA, JR.
United States District Judge

ORDER GRANTING MOTION TO DISMISS WITHOUT PREJUDICE – 3